# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jennifer A. Ward
(302) 351-9150
jward@morrisnichols.com

February 17, 2021

**VIA E-FILING**

The Honorable Colm F. Connolly
U.S. District Court for the
  District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Pharmacyclics LLC, et al. v. Alvogen Pine Brook, LLC, et al.*, No. 20-403 (CFC)

Dear Judge Connolly:

As reflected in the Amended Joint Claim Construction Chart submitted herewith, the parties have reached agreement on the claim terms previously identified as requiring construction by the Court (D.I. 97). Accordingly, the parties withdraw their respective motions for claim construction (D.I. 98 & 99) and ask that the Court enter the constructions identified in the Amended Joint Claim Construction Chart in this case. The parties also respectfully request that all remaining claim construction deadlines in the Scheduling Order be vacated, and that the Court cancel the *Markman* hearing scheduled for May 25, 2021 (D.I. 51, ¶¶ 16-18) in this matter involving Defendants Alvogen Pine Brook, LLC and Natco Pharma Ltd.[1]

---

[1] Plaintiffs note that claim construction disputes remain in the related action, *Pharmacyclics LLC et al. v. Zydus Worldwide DMCC, et al.*, No. 20-560 (CFC), and a *Markman* hearing (scheduled on the same date and at the same time as in this matter) is still necessary in that case.

The Honorable Colm F. Connolly
February 17, 2021
Page 2

                                                 Respectfully,

                                                 */s/ Jennifer A. Ward*

                                                 Jennifer A. Ward (#6476)

JAW
cc:    Counsel of Record (*via* CM/ECF and e-mail)