IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMACYCLICS LLC and<br>JANSSEN BIOTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK LLC and<br>NATCO PHARMA LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-403 (CFC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED BY AND BETWEEN Pharmacyclics LLC and Janssen Biotech, Inc., (collectively, "Plaintiffs"), and Defendants Alvogen Pine Brook LLC and Natco Pharma Ltd. (collectively, "Alvogen") that:

(1) No party admits liability;

(2) Plaintiffs' claims against Alvogen are dismissed without prejudice;

(3) Alvogen's counterclaims against Plaintiffs are dismissed without prejudice; and

(4) Plaintiffs and Alvogen shall each bear their own costs, attorney fees, and expenses incurred in connection with this action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Pharmacyclics LLC and Janssen Biotech, Inc.* | *Attorneys for Alvogen Pine Brook LLC and Natco Pharma Ltd.* |

April 12, 2021

SO ORDERED this 13th day of April, 2021.

_____
United States District Judge

2